# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF PENNSYLVANIA

| JANET GARTLAND, | CASE NO. 3:13-cv-02668-GBC |
|---|---|
| Plaintiff, | |
| v. | (MAGISTRATE JUDGE COHN) |
| | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | ORDER DENYING PLAINTIFF'S APPEAL, AFFIRMING THE DECISION OF THE COMMISSIONER, AND CLOSING THE CASE |
| Defendant. | |
| | Docs. 1, 8, 9, 10, 11, 12, 14 |

In accordance with the accompanying memorandum, **IT IS HEREBY**

**ORDERED THAT:**

1. This appeal is DENIED, as the ALJ's decision is supported by substantial evidence;

2. The Clerk of Court shall enter judgment in favor of the Commissioner and against Plaintiff as set forth in the following paragraph;

3. The decision of the Commissioner of Social Security denying Janet Gartland disability insurance benefits is affirmed; and

4. The Clerk of Court shall close this case.

Dated: September 28, 2015             s/Gerald B. Cohn
GERALD B. COHN
UNITED STATES MAGISTRATE JUDGE